UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINI E RICCI IAMINO S.P.A. - CONSORTILE SOCIETA AGRICOLA, a citizen of Italian Republic,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN FRESH MARKETING SERVICES, INC., a California Corporation, and DOES 1-20,<br><br>Defendants. | CASE NO. 1:13-CV-0097 AWI BAM<br><br>ORDER RE: MOTION TO DISMISS |

    Defendant Western Fresh Marketing Services, Inc. has filed a motion to dismiss. Doc. 8. Instead of filing an opposition, Plaintiff Martini E Ricci Iamino S.P.A. has filed a first amended complaint under Fed. Rule Civ. Proc. 15(a)(1). Doc. 15.  Thus Defendant's motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

Dated:   April 30, 2013                                      
                                                    SENIOR  DISTRICT  JUDGE