**JOHN R. CAMPO, ESQ., SBN 157137**
**BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone:  (650) 365-7710
Facsimile:  (650) 365-7981
E-Mail:  jcampo@bbgslaw.com; dstrong@bbgslaw.com

Attorneys for Plaintiff **MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA, an Italian company<br><br>Plaintiff<br><br>vs.<br><br>WESTERN FRESH MARKETING SERVICES, INC., a California Corporation, and DOES 1-20<br><br>Defendant | CASE NO. 1:13-cv-00097-AWI-BAM<br><br>**STIPULATION AND REQUEST TO CONTINUE DISPOSITIVE MOTION DATE AND TRIAL DATE;  ORDER** |

Pursuant to L.R. 144 and Fed. Rules Civ. Proc. 6, the parties to this action request a continuance of the dispositive motion due date (currently May 16, 2014), the pre-trial and trial dates for approximately sixty (60) days.

**A.  Good Cause Supporting Continuance**

Currently pending before Your Honor in a different case filed by plaintiff herein are cross motions for summary judgment that raises issues similar to those disputed by the parties in this case.  The similar case is titled *Martini e Ricci Iamino S.P.A. – Consortile Societa Agricola v. Trinity Fruit Sales Company, Inc.*, Case No. 1:13-CV-00276-AWI-SAB (the "*Trinity*" case). The parties in *Trinity* filed cross motions for summary judgment as to their dispute regarding the sale of kiwi by Martini.  On April 9, 2014, Your Honor took the *Trinity* cross motions under submissions.  (Exhibit A.)

The decision on the *Trinity* motions will likely give the instant parties guidance as to their dispute. The plaintiff in both cases is Martini, and the independent sales person who negotiated the *Trinity* transactions is the same person who negotiated the transactions between Martini and Western Fresh at issue in this case.

As such, the parties submit that it would be duplicative to an extent for the instant parties to file dispositive motions on May 16, 2014. It would serve judicial economy for the instant parties to postpone their motions until after Your Honor has rendered a decision in *Trinity*. Depending on how Your Honor rules substantively, it may be possible for the instant parties apply the Court's interpretation of law to their dispute. Even if both cross motions in *Trinity* are denied, the instant parties may be able to evaluate whether it is worthwhile to file dispositive motions, or instead to prepare to dispose of the case through trial.

**B.    Prior Extensions**

No prior extensions have been requested nor granted.

**C.    Current and Proposed Schedule**

The current and proposed schedule is as follows:

| *Event* | *Current Schedule* | *Proposed Schedule* |
|---|---|---|
| Dispositive Motions | May 16, 2014 | **July 16, 2014** |
| Pre-Trial Conference | August 8, 2014, 8:30 a.m. | **October 10, 2014, 8:30 a.m.** |
| Trial | October 28, 2014, 8:30 a.m. | **December 16, 2014, 8:30 a.m.** |

The parties request the Court grant the requested continuance to allow for the opportunity of settlement.

IT IS SO STIPULATED.

Dated:  May 12, 2014        BRANSON, BRINKOP, GRIFFITH & STRONG LLP

                              By:     /s/ John R. Campo
                                      JOHN R. CAMPO
                                      Attorneys for Plaintiff
                                      MARTINI E RICCI IAMINO S.P.A. –
                                      CONSORTILE SOCIETA AGRICOLA

Dated:  May 12, 2014        MEUERS LAW FIRM, P.L.

                              By:     /s/ Steven E. Nurenberg (as authorized on May 12, 2014)
                                      LAWRENCE H. MEUERS
                                      STEVEN E. NURENBERG
                                      Attorneys for Defendant
                                      WESTERN FRESN MARKETING SERVICES, INC.

## ORDER

The Proposed Schedule shown above is adopted as the schedule of this action.

IT IS SO ORDERED.

Dated:  May 13, 2014

                                        SENIOR  DISTRICT  JUDGE

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

**[CASE NO. 1:13-cv-00097-AWI-BAM] STIPULATION AND REQUEST TO CONTINUE DISPOSITIVE MOTION DATE AND TRIAL DATE**