UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTINI E RICCI IAMINO S.P.A. – CONSORTILE SOCIETA AGRICOLA,** an Italian Company,<br><br>Plaintiff<br><br>v.<br><br>**WESTERN FRESH MARKETING SERVICES, INC.**, a California Corporation, and DOES 1-20,<br><br>**Defendant** | CASE NO. 1:13-CV-0097 AWI BAM<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION** |

Defendant has filed a motion for summary judgment that is set for hearing on August 18, 2014.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 18, 2014, is VACATED, and the parties shall not appear at that time.  As of August 18, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 13, 2014                              _____
                                                                            SENIOR  DISTRICT  JUDGE